DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICK A. SALAS,**
Appellant,

v.

**RICHARD PORTANTE,**
Appellee.

No. 4D21-1593

[September 15, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Edmond Alonzo, Judge; L.T. Case No. 562020CC001355.

Nick A. Salas, Stuart, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

MAY, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***